UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Government,

- against -

EDWIN MOLINA,
                      Defendant.
------------------------------------------------------------x

04 CR. 989 (RMB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020

The conference currently scheduled for Wednesday, January 8, 2020, at 9:30 a.m. is hereby rescheduled to 1:30 p.m. on the same date.

Dated: New York, New York
       January 7, 2020



RICHARD M. BERMAN
U.S.D.J.