UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Government,

04 Cr 989 (RMB)

      - against -

**ORDER**

EDWIN MOLINA,

                    Defendant.
-----------------------------------------------------------------x

The conference in this matter is rescheduled from January 8, 2020 to 10:00 am on January 22, 2020. Probation shall submit a status report to the Court by January 20, 2020. Defendant's appearance may be waived if he is in a residential treatment program.

Dated: New York, New York
       January 9, 2020

_____
**RICHARD M. BERMAN**
**U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2020