**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

   04 CR. 989 (RMB)

 -against-

   **<u>ORDER</u>**

EDWIN MOLINA,
      Defendant.
------------------------------------------------------------X

 The Court will hold telephone status conferences on Thursday, October 29, 2020 at 9:00 AM.

 Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0989

Dated: October 21, 2020
   New York, NY

          _____
          RICHARD M. BERMAN
          U.S.D.J.