**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        -against-

EDWIN MOLINA,
                Defendant.
------------------------------------------------------------X

04 CR. 989 (RMB)

**ORDER**

        The telephone status conference previously scheduled for Wednesday, December 9, 2020 at 10:00 AM is hereby rescheduled to 10:30 AM on the same date.

        Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0989

Dated: December 2, 2020
       New York, NY

                                              _____
                                                RICHARD M. BERMAN
                                                       U.S.D.J.