UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                               Government,                       **ORDER**

             -against-                                        04 CR 989 (RMB)

EDWIN MOLINA,
                              Defendant.
-----------------------------------------------------------X

       The U.S. Marshal's Office is hereby ordered to produce the Defendant, Edwin Molina, Reg. No. 56750-054 at the U.S Probation Office at 500 Pearl Street, New York, New York <u>forthwith</u> and no later than 12:00 noon on December 22, 2020.  Defendant is thereupon to be released to the care and custody of Probation Officer Michael Nicholson or his designee.

       Probation Department will immediately transport Defendant to Bronx Works Homeless Outreach, 800 Barretto Street, Bronx, New York  for admission into their care for evaluation. The Court understands that, following admission and evaluation, Mr. Molina will be transported to St. John's Riverside Hospital Inpatient Rehabilitation, 2 Park Avenue, Yonkers, New York, for inpatient drug rehabilitation.  The Court understands that the inpatient treatment program will be for no less than 28 days.

       Upon successful completion of inpatient treatment, Mr. Molina shall continue treatment in a community based outpatient treatment program at St. John's or such other facility as the U.S. Probation Department deems appropriate.

       The Court will hold a hearing on January 28, 2021 at 9:00 am.  Defendant's appearance may be waived at this hearing if he is still in the inpatient program.

Dated: New York, New York
         December 21, 2020



                                                  **RICHARD M. BERMAN, U.S.D.J.**