**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

EDWIN MOLINA,
                Defendant.
------------------------------------------------------------X

04 CR. 989 (RMB)

**ORDER**

        The supervised release hearing scheduled for Wednesday, January 18, 2023 at 12:00 PM will take place in Courtroom 17B.

Dated: January 12, 2023
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.