**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                           Government,             :     04 CR. 989 (RMB)
                                                   :
         - against -                               :     **ORDER**
                                                   :
EDWIN MOLINA,                                      :
                           Defendant.               :
------------------------------------------------------------x

      The status conference scheduled for Wednesday, January 18, 2023 at 12:00 PM is hereby rescheduled to Wednesday, January 25, 2023 at 12:00 PM.

      The proceeding will be held in Courtroom 17B.

Dated: January 13, 2023
      New York, NY

                                                        **RICHARD M. BERMAN**
                                                            U.S.D.J.