**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                                      :
                                                               :
                        Government,                      :       04 CR. 989 (RMB)
                                                               :
          - against -                                    :       **ORDER**
                                                               :
EDWIN MOLINA,                                                  :
                        Defendant.                       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, April 6, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 772 845 412#

Dated: March 8, 2023
       New York, NY

                                                       **RICHARD M. BERMAN**
                                                               U.S.D.J.