**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 04 CR. 989 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| EDWIN MOLINA, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The hearing previously scheduled for Thursday, April 6, 2023 at 10:00 A.M. is hereby rescheduled to Wednesday, April 5, 2023 at 12:00 P.M.

The proceeding will be held in Courtroom 17B.

Dated: March 29, 2023
   New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.