**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 04 CR. 989 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| EDWIN MOLINA, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The VOSR sentence scheduled for Wednesday, May 3, 2023 at 12:00 P.M. will take place in Courtroom 17B.

Dated: April 26, 2023
      New York, NY

 

_____
RICHARD M. BERMAN
U.S.D.J.