UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    **ORDER**

        -against-                                            04 Cr 989

EDWIN MOLINA,

                            Defendant.
-----------------------------------------------------------------X

For the reasons stated on the record today, the defendant is released.

Dated: New York, New York
         May 9, 2023

                                                          **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/23