**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 04 CR. 989 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| EDWIN MOLINA, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The sentencing scheduled for Wednesday, June 14, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: June 7, 2023
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD M. BERMAN
　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.