**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,             :
                                           :
                    Government,      :          04 CR. 989 (RMB)
                                           :
          - against -             :          **ORDER**
                                         :
EDWIN MOLINA,                    :
                    Defendant.      :
------------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, June 14, 2023 at

9:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 940 221 931#


Dated: June 12, 2023
       New York, NY

                               *Richard M. Berman*
                                _____
                                **RICHARD M. BERMAN**
                                **U.S.D.J.**