**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,       :     04 CR. 989 (RMB)
                                             :
     - against -                            :     **ORDER**
                                             :
EDWIN MOLINA,                                :
                                             :
                Defendant.        :
------------------------------------------------------------x

The vosr hearing scheduled for Tuesday, June 27, 2023 at 9:15 A.M. will take place in Courtroom 17B.

Dated: June 21, 2023
       New York, NY

                                                        RICHARD M. BERMAN
                                                            U.S.D.J.