**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,   :     04 CR. 989 (RMB)
                                           :
    - against -                             :     **ORDER**
                                           :
EDWIN MOLINA,                              :
                                           :
                Defendant.    :
---------------------------------------------------------------x

        The sentence hearing scheduled for Tuesday, August 1, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: July 24, 2023
       New York, NY

                                              _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.