UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

EDWIN MOLINA,
Reg. No. 56750-054,

                Defendant.
-----------------------------------------------------------X

**ORDER**

04 **CR.** 989 (RMB)

For the reasons stated on the record today, the Defendant shall be released to the care and custody of the United States Probation Department, in order to effectuate immediate placement at Cornerstone for rehabilitation first and thereafter for placement in the residential treatment program.

All parties shall appear for a supervised release hearing on November 29, 2023 at 9:00 am.

Dated: New York, New York
       August 1, 2023



RICHARD M. BERMAN, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/23