UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                              **ORDER**

        -against-                                04 Cr 989

EDWIN MOLINA,

                        Defendant.
-----------------------------------------------------------X

For the reasons stated on the record today, the defendant is remanded. The Court recommends that Mr. Molina be housed going forward in a non-Security Threat Group housing unit, subject to an independent review and investigation by the Bureau of Prisons.

Dated: New York, New York
       December 1, 2023

                                              *[signature: RMB]*

                                        **RICHARD M. BERMAN, U.S.D.J.**