UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,        04 CR. 989 (RMB)

    - against -        **ORDER**

EDWIN MOLINA,

                Defendant.
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, December 13, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 598 116 480#

Dated: December 6, 2023
       New York, NY

                                              _Richard M. Berman_
                                             **RICHARD M. BERMAN**
                                                   **U.S.D.J.**