UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                              **ORDER**

      -against-                            04 **CR.** 989 (RMB)

EDWIN MOLINA,

                  Defendant.
-----------------------------------------------------------X

        For the reasons stated on the record today, the Defendant is sentenced to time served.

Dated: New York, New York
         December 19, 2023

                                              /s/ RMB
                                    **RICHARD M. BERMAN, U.S.D.J.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/23
```