**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                          Government,              :        04 CR. 989 (RMB)
                                                   :
            - against -                            :        **ORDER**
                                                   :
                                                   :
EDWIN MOLINA,                                      :
                                                   :
                          Defendant.               :
------------------------------------------------------------x

      The supervised release hearing scheduled for Tuesday, July 23, 2024 at 11:00 A.M. will take place in Courtroom 17B.


Dated: July 17, 2024
     New York, NY


_____Richard M. Berman_____

     RICHARD M. BERMAN
        U.S.D.J.