UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,   :   04 CR. 989 (RMB)
                                          :
     - against -                         :   **ORDER**
                                          :
EDWIN MOLINA,                             :
                                          :
                Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, September 24, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 624 061 43#

Dated: September 18, 2024
      New York, NY

                                                       _____
                                                        **RICHARD M. BERMAN**
                                                               **U.S.D.J.**