zLaw Offices
**Donald J. Ya**
A NY Professional C
Email: **nynjcrimlawye**
Tel: (212) 226
Fax: (646) 430

**135 Prospect Street**
**Ridgewood, NJ  07661**

Application granted.

SO ORDERED:
Date: 09/20/2024
Richard M. Berman, U.S.D.J.

September 20, 2024

Hon. Richard M. Berman
United States District Judge
500 Pearl Street
New York, NY  10007

Re:   United States v. Edwin Molina, 04 Cr. 989

Dear Judge Berman:

    I am defense counsel for Edwin Molina, who was scheduled to appear on September 24, 2024, for a conference related to supervised release.

    Because I am on trial, I respectfully request an adjournment to October 9, 2024 at 2:30 PM.  I also request that the conference be conducted virtually, has had been for September 24th.  Mr. Molina consents to the conference being conducted virtually.

    Thank you for your courtesy and attention to this matter.

Sincerely,

/s/
Donald J. Yannella, Esq.