UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                               Government,     :       04 CR. 989 (RMB)
                                                   :
         - against -                              :       **ORDER**
                                                   :
EDWIN MOLINA,                                      :
                                                   :
                                Defendant.      :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Wednesday, October 9, 2024 at 2:30 P.M.

      In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 624 061 43#

Dated: October 1, 2024
       New York, NY

                                                    *Richard M. Berman*
                                        **RICHARD M. BERMAN**
                                                  **U.S.D.J.**