UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                            Government,      :        04 CR. 989 (RMB)
                                             :
            - against -                      :        **ORDER**
                                             :
EDWIN MOLINA,                                :
                                             :
                            Defendant.       :
---------------------------------------------------------------x


The supervised release hearing is hereby rescheduled to Thursday, October 10, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 624 061 43#


Dated: October 7, 2024
       New York, NY

                                                    _____
                                                         RICHARD M. BERMAN
                                                              U.S.D.J.