UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                     Government,     :     04 CR. 989 (RMB)
                                     :
         - against -                 :     **ORDER**
                                     :
EDWIN MOLINA,                        :
                                     :
                     Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, November 13, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 353 536 037#

Dated: November 6, 2024
       New York, NY

*Richard M. Berman*
_____
     **RICHARD M. BERMAN**
     **U.S.D.J.**