UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                         Government,            :    04 CR. 989 (RMB)
                                     :
          - against -                :    **ORDER**
                                     :
EDWIN MOLINA,                        :
                                     :
                         Defendant.             :
------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, December 16, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 382 097 486#

Dated: December 11, 2024
       New York, NY

                                                                      *Richard M. Berman*
                                                    **RICHARD M. BERMAN**
                                                                **U.S.D.J.**