UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
                    Government,    :     04 CR. 989 (RMB)
                                   :
        - against -                :     **ORDER**
                                   :
EDWIN MOLINA,                      :
                                   :
                    Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 9, 2025 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 719 014 328#

Dated: December 18, 2024
       New York, NY

*Richard M. Berman*
_____
**RICHARD M. BERMAN**
**U.S.D.J.**