UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                               Government,              :        04 CR. 989 (RMB)

                   - against -                       :        **ORDER**

EDWIN MOLINA,                                 :

                                                Defendant.            :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 13, 2025 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 751 222 755#

Dated: March 5, 2025
       New York, NY

                                                                      **RICHARD M. BERMAN**
                                                                          U.S.D.J.