**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :     04 CR. 989 (RMB)
                                         :
        - against -            :     **ORDER**
                                         :
EDWIN MOLINA,                            :
                                         :
                Defendant.      :
------------------------------------------------------------x

      The supervised release hearing is scheduled for Wednesday, October 8, 2025 at 10:00 A.M.

      On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 441 826 269#

Dated: October 1, 2025
       New York, NY

                                                    *Richard M. Berman*
                                            **RICHARD M. BERMAN**
                                                  **U.S.D.J.**