**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                        Government,          :        04 Cr. 989 (RMB)
                                             :
              - against -                    :        **ORDER**
                                             :
                                             :
EDWIN MOLINA,                                :
                                             :
                        Defendant.           :
-------------------------------------------------------------x


      The supervised release hearing scheduled for January 14, 2026 at 11:00 A.M. will take

place in Courtroom 17B.


Dated: January 8, 2026
      New York, NY


_____
      **RICHARD M. BERMAN**
      **U.S.D.J.**