**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                           Government,       :          04 Cr. 989 (RMB)
                                             :
            - against -                      :          **ORDER**
                                             :
EDWIN MOLINA,                                :
                                             :
                           Defendant.        :
-------------------------------------------------------------------x

Upon the request of counsel for Mr. Molina, the supervised release hearing previously scheduled for January 14, 2026 at 11:00 A.M. will be held by video.

Dated: January 13, 2026
      New York, NY

_RMB_
_____
**RICHARD M. BERMAN**
**U.S.D.J.**