**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                        Government,           :        04 Cr. 989 (RMB)
                                              :
          - against -                         :        **ORDER**
                                              :
EDWIN MOLINA,                                 :
                                              :
                        Defendant.            :
-------------------------------------------------------------x

The supervised release hearing is scheduled for March 11, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 5, 2026
       New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**