**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                         Government,         :        04 Cr. 989 (RMB)
                                             :
          - against -                        :        **ORDER**
                                             :
                                             :
EDWIN MOLINA,                                :
                                             :
                         Defendant.          :
-------------------------------------------------------------x


The supervised release hearing scheduled for March 11, 2026 at 10:00 A.M. is adjourned

to March 25, 2026 at 2:00 P.M. in courtroom 17B.



Dated: March 11, 2026
        New York, NY


                                                  _____
                                                     **RICHARD M. BERMAN**
                                                          **U.S.D.J.**