**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                         Government,              04 Cr. 989 (RMB)

             - against -                     **ORDER**

EDWIN MOLINA,

                         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The supervised release hearing is scheduled for May 13, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: May 8, 2026
     New York, NY

                                           **RICHARD M. BERMAN**
                                             **U.S.D.J.**