**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,      :

                     :

            Government,    :      04 CR. 989 (RMB)

                     :

     - against -      :      **ORDER**

                     :

EDWIN MOLINA,          :

                     :

         Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, June 10, 2026 at

10:00 A.M.

The court will send the link via email.


Dated: June 3, 2026
      New York, NY

                                  **RICHARD M. BERMAN**
                                      **U.S.D.J.**